Dismissed and Memorandum Opinion filed April 3, 2008








Dismissed
and Memorandum Opinion filed April 3, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00713-CV

____________

 

JUANITA WELLS CHARRIN, Appellant

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT and HARRIS COUNTY
APPRAISAL REVIEW BOARD, Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-10130

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 23, 2007.  On March 20, 2008, the parties
filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
3, 2008.

Panel consists of Justices Yates, Guzman, and Brown.